## MOLNAR *v.* WARDEN OF MARYAND PENITENTIARY

[App. No. 45, September Term, 1962.]

*Decided February 6, 1963.*

Before the full Court.

Per Curiam.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons set out in the opinion of the court below.